## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARRY CARLSON, and LESLIE BERRY,        ) ) ) | 8:08CV324 |
| Plaintiffs,        ) ) | |
| ) | ORDER |
| v.        ) ) | |
| SUNSET FINANCIAL SERVICES, INC., ) and BRYAN S. BEHRENS,        ) ) | |
| Defendants.        ) | |

This matter is before the Court on the Plaintiffs' Unopposed Motion to Extend Deadline for Responding to Defendant Sunset Financial Services, Inc.'s Motions to Dismiss and for Judicial Notice (Filing No. 42). Plaintiffs seek to extend the deadline to respond to the Defendant's Motions from November 17, 2008, until November 24, 2008. Counsel for the Plaintiff states that Defendant Sunset Financial Services, Inc., does not oppose Plaintiffs' motion. Accordingly,

IT IS ORDERED:

1. The Plaintiffs' Unopposed Motion to Extend Deadline (Filing No. 42) is granted; and

2. The Plaintiffs shall respond to the Defendant's Motion to Dismiss and Motion for Judicial Notice by filing their brief and index of evidence, if any, on or before November 24, 2008.

DATED this 17th day of November, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge