## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY CARLSON and LESLIE BERRY, | ) ) ) | 8:08CV324 |
| Plaintiffs, | ) ) ) | ORDER |
| v. | ) ) | |
| SUNSET FINANCIAL SERVICES, INC., KANSAS CITY LIFE INSURANCE COMPANY, and BRYAN S. BEHRENS, | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Defendants Sunset Financial Services, Inc., and Kansas City Life Insurance Company's Unopposed Motion to Extend Response Dates (Filing No. 99). The Defendants seek to extend deadlines for filing responses and replies to various motions pending before this Court. The Defendants assert in their motion that the Plaintiffs' counsel does not oppose the motion. The Court finds the motion should be granted.

IT IS ORDERED:

1. The Defendants Sunset Financial Services, Inc., and Kansas City Life Insurance Company's Unopposed Motion to Extend Response Dates (Filing No. 99) is granted;

2. The Defendant Sunset Financial Services, Inc., shall respond to the Plaintiffs' Motion to Alter, Amend or Vacate the Court's March 23, 2009, Ruling to Permit the Filing of a Proposed Second Amended Complaint (Filing No. 92) by filing its brief and index of evidence, if any, on or before April 30, 2009;

3.      The Plaintiffs shall reply to the Defendant Sunset Financial Services, Inc.'s response to Plaintiffs' Motion to Alter, Amend or Vacate (Filing No. 92) by filing their brief and index of evidence, if any, on or before May 18, 2009;

4.      The Defendant Kansas City Life Insurance Company shall reply to the Plaintiffs' response in opposition to Kansas City Life's Motion to Dismiss (Filing No. 86) by filing its brief and index of evidence, if any, on or before April 30, 2009;

5.      The Defendant Kansas City Life Insurance Company shall respond to the Plaintiffs' Motion for Leave to Amend (Filing No. 95) by filing its brief and index of evidence, if any, on or before April 30, 2009; and

6.      The Plaintiffs shall reply to the Defendant Kansas City Life's response to Plaintiffs' Motion for Leave to Amend (Filing No. 95) by filing their brief and index of evidence, if any, on or before May 18, 2009.

DATED this 22nd day of April, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge