# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY CARLSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 8:08-cv-00324-LSC-FG3 |
| v. | ) | |
| | ) | ORDER |
| SUNSET FINANCIAL SERVICES, INC. and BRYAN S. BEHRENS, | ) ) | |
| | ) | |
| Defendants. | ) | |
| MARLIN LUSTGRAAF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:08-cv-00335-LSC-FG3 |
| v. | ) | |
| | ) | ORDER |
| SUNSET FINANCIAL SERVICES, INC. and BRYAN S. BEHRENS, | ) ) | |
| | ) | |
| Defendants. | ) | |
| MARILYN KATZ, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 8:08-cv-00347-LSC-FG3 |
| v. | ) | |
| | ) | ORDER |
| SUNSET FINANCIAL SERVICES, INC. and BRYAN S. BEHRENS, | ) ) | |
| | ) | |
| Defendants. | ) | |
| JEAN POOLE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 8:08-CV-00399-LSC-FG3 |
| v. | ) | |
| | ) | ORDER |
| SUNSET FINANCIAL SERVICES, INC. and BRYAN S. BEHRENS, | ) ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| SHARON LOHRMAN, et al.,            )<br>                                                        )<br>            Plaintiffs,                          )<br>                                                        )<br>    v.                                              )<br>                                                        )<br>SUNSET FINANCIAL SERVICES, INC. )<br>and BRYAN S. BEHRENS,            )<br>                                                        )<br>            Defendants.                     ) | 8:08-CV-00422-LSC-FG3<br><br>ORDER |
| MILO VACANTI,                              )<br>                                                        )<br>            Plaintiff,                            )<br>                                                        )<br>    v.                                              )<br>                                                        )<br>SUNSET FINANCIAL SERVICES, INC. )<br>and BRYAN S. BEHRENS,            )<br>                                                        )<br>            Defendants.                     ) | 8:08-CV-00436-LSC-FG3<br><br>ORDER |
| WILLIAM GREEN, et al.,                 )<br>                                                        )<br>            Plaintiffs,                          )<br>                                                        )<br>    v.                                              )<br>                                                        )<br>SUNSET FINANCIAL SERVICES, INC. )<br>and BRYAN S. BEHRENS,            )<br>                                                        )<br>            Defendants.                     ) | 8:09-CV-00013-LSC-FG3<br><br>ORDER |
| MILO VACANTI,                              )<br>                                                        )<br>            Plaintiff,                            )<br>                                                        )<br>    vs.                                             )<br>                                                        )<br>SUNSET FINANCIAL SERVICES, INC., )<br>et al.,                                              )<br>                                                        )<br>            Defendants.                     ) | 8:09-CV-00044-LSC-FG3<br><br>ORDER |

**IT IS ORDERED** that plaintiffs' request for a Rule 16 conference is granted. The above-captioned cases are set for a consolidated planning conference to be held on **Friday, December 10, 2010 at 9:30 a.m.** The conference will be held by telephone conference call to be initiated by counsel for plaintiff, Marlin Lustgraaf.

**DATED November 24, 2010.**

                                      **BY THE COURT:**

                                      s/ F.A. Gossett, III
                                      **United States Magistrate Judge**