### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY CARLSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 8:08-cv-00324-LSC-FG3 |
| v. | ) | |
| | ) | SCHEDULING ORDER |
| SUNSET FINANCIAL SERVICES, INC. and BRYAN S. BEHRENS, | ) ) ) | |
| Defendants. | ) | |
| MARILYN KATZ, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 8:08-cv-00347-LSC-FG3 |
| v. | ) | |
| | ) | SCHEDULING ORDER |
| SUNSET FINANCIAL SERVICES, INC. and BRYAN S. BEHRENS, | ) ) ) | |
| Defendants. | ) | |
| SHARON LOHRMAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 8:08-CV-00422-LSC-FG3 |
| v. | ) | |
| | ) | SCHEDULING ORDER |
| SUNSET FINANCIAL SERVICES, INC. and BRYAN S. BEHRENS, | ) ) ) | |
| Defendants. | ) | |

On December 15, 2010, the district court entered an order lifting the stay of proceedings as to Bryan S. Behrens. Counsel then submitted a proposed schedule, as discussed during the status conference held December 10, 2010. The court finds that the parties' proposed schedule should be adopted. Accordingly,

**IT IS ORDERED:**

1. No later than **January 10, 2011**, counsel for the Plaintiffs and for defendant Behrens will submit a Rule 26(f) planning report to the court. The court's revised "Form 35 (Rule 26(f)) Report" is posted on the court's website, www.ned.uscourts.gov/forms/ .

2. The scheduling conference now set for **January 18, 2011 at 9:30 a.m.** will be held as previously ordered. The Receiver may, but is not required to, participate in the conference.

**DATED December 20, 2010.**

**BY THE COURT:**

s/ F.A. Gossett, III
**United States Magistrate Judge**