IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LARRY CARLSON and LESLIE H. BERRY REVOCABLE TRUST,** | ) ) ) | **CASE NO. 8:8CV324** |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| **BRYAN S. BEHRENS,** | ) ) | |
| Defendant. | ) ) | |
| **MARILYN KATZ and PHILLIP BLISS,** | ) ) | **CASE NO. 8:8CV347** |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| **BRYAN S. BEHRENS,** | ) ) | |
| Defendant. | ) ) | |
| **SHARON LOHRMAN and ROBERT LOHRMAN,** | ) ) ) | **CASE NO. 8:8CV422** |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| **BRYAN S. BEHRENS,** | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal Without Prejudice (Case No. 8CV324, Filing No. 140; Case No. 8CV347, Filing No. 125; Case No. 8CV422, Filing No. 123). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The

dismissal will not affect the claims submitted in the Receivership and will not affect any entitlement to criminal restitution.  Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal Without Prejudice (Case No. 8CV324, Filing No. 140; Case No. 8CV347, Filing No. 125; Case No. 8CV422, Filing No. 123) is approved;

2. All claims in these actions are dismissed, without prejudice; and

3. The Court will not assess costs or attorneys fees in these cases.

DATED this 18th day of April, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge